NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-270

WILLIAM ROSETTE, JR.

VERSUS

CITY OF OPELOUSAS

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03-C-0098-D
HONORABLE DONALD WAYNE HEBERT, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, C.J., Billie Colombaro Woodard, and
Oswald A. Decuir, Judges.

AFFIRMED.

Mack Irvin Frank
P. O. Drawer 1478
Opelousas, LA 70570
Telephone: (337) 948-9701
COUNSEL FOR:
        Plaintiff/Appellant - William Rosette, Jr.

Jean-Louis Lemoine
JUNEAU LAW FIRM
P. O. Drawer 51268
Lafayette, LA 70505-1268
Telephone: (337) 269-0052
COUNSEL FOR:
        Defendant/Appellee - City of Opelousas